IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ATTICUS CORPORATION,** *et al.*,<br>  Petitioners,<br><br>v.<br><br>**TONJA B. CARTER,** as Personal<br>Representative of the **ESTATE OF NELLE**<br>**HARPER LEE,** and **HARPER LEE, LLC,** a<br>limited liability company,<br>  Respondents. | )<br>)<br>)<br>)  **CIVIL ACTION: 1:22-00059-KD-MU**<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT**

In accordance with the Order issued on this date and as set forth in same, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Petition to Confirm Arbitration Award (Doc. 1) is **GRANTED,** the January 20, 2022 Final Arbitration Award Upon Consent of the Parties (Doc. 1-4) is **CONFIRMED,** and **JUDGMENT** is entered on same pursuant to 9 U.S.C. § 13.

**DONE** and **ORDERED** this the **19th** day of **August 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**